# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07-CV-374

| | |
|---|---|
| THOMAS A. MORGAN, JAMES R. MORGAN and JAMES W. MORGAN,<br><br>            Plaintiffs,<br><br>v.<br><br>PATRICK K. MOUG, LON STRATTON, BUOY 22 FILMS B.A.A.L., LLC, IAN BONNER and JASON WAUGH,<br><br>            Defendants.<br><br>v.<br><br>NBC UNIVERSAL, INC., MSNBC CABLE LLC, and MSNBC INTERACTIVE NEWS, LLC.<br><br>       Third-Party Defendants. | <br><br><br><br><br><br><br><br>**ORDER** |

**THIS CAUSE,** being heard by the undersigned upon Motion of Defendants/Third-Party Plaintiffs for an Order temporarily staying the initial attorney's conference in this matter, pursuant to LR 16.1; and

**IT APPEARING** to the Court that all parties consent and that the Motion should be allowed;

**IT IS, THEREFORE, ORDERED THAT** the initial attorney's conference be temporarily stayed until 14 days after the Third-Party Defendants make an appearance in this case.

**SO ORDERED**.

            Signed: December 26, 2007

            */s/ Carl Horn, III*
            _____
            Carl Horn, III
            United States Magistrate Judge

